UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| GERTRUDEZ RODRIGO B. C., | Case No. 25-CV-4191 (MJD/EMB) |
| Petitioner | |
| v. | **ORDER** |
| KANDIYOHI COUNTY JAIL; AND DEPARTMENT OF HOMELAND SECURITY, | |
| Respondents. | |

---

Petitioner Gertrudez Rodrigo B.C. has recently initiated two petitions for a writ of habeas corpus challenging his immigration detention at the Kandiyohi County Jail. (Docket No. 1). The first-filed petition was transferred to this District from the District of Massachusetts. See Order, Gertrudez B.C. v. Kandiyohi Cnty. Jail, Case No. 25-CV-4127 (JRT/ECW) (D. Minn.) (ECF No. 5) ("Gertrudez B.C. I"). This matter, which Gertrudez Rodrigo B.C. filed second in time, is currently before the Court for preliminary review pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.[1]

---

[1] Although Gertrudez Rodrigo B.C.'s habeas petition is not brought pursuant to 28 U.S.C. § 2254, the Rules Governing Section 2254 Cases in the United States District Courts nevertheless apply to his petition. See Rule 1(b).

1

Upon that review, this action will be dismissed without prejudice as duplicative of the petition filed in Gertrudez B.C. I. The claims for relief in this action and in Gertrudez B.C. I are substantively the same. See Gertrudez B.C. I (Docket No. 1). Indeed, the two petitions contain almost identical language. In all practical respects, Gertrudez Rodrigo B.C. has filed the same habeas petition twice. Accordingly, there appears to be no good reason for both proceedings to remain ongoing. If Gertrudez Rodrigo B.C. is entitled to habeas relief, then Gertrudez B.C. I is a sufficient vehicle through which to obtain that relief. Prosecution of this duplicative habeas proceeding serves no good purpose.

Because Gertrudez B.C. I was filed first, and because the Respondents have been ordered to file an answer in that case and briefing is underway, this proceeding will be dismissed without prejudice as duplicative of Gertrudez B.C. I. See Aziz v. Burrows, 976 F.2d 1158, 1158-59 (8th Cir. 1992) (per curiam). The dismissal of this action does not in any way to affect the disposition of Gertrudez B.C. I. No certificate of appealability will be issued in this matter. See 28 U.S.C. § 2253(c)(1)(A).

**ORDER**

Based upon the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT**

1. Petitioner Gertrudez Rodrigo B.C.'s habeas petition (Docket No. 1) is **DISMISSED without prejudice**.

2. No certificate of appealability is issued in this matter.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 5, 2025        s/Michael J. Davis
                               Michael J. Davis
                               United States District Court