# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Gertrudez Rodrigo Bejarano Cruz | **JUDGMENT IN A CIVIL CASE** |
| Petitioner(s), | |
| v. | Case Number: 25-cv-04191-MJD-EMB |
| Kandiyohi County Jail, Department of Homeland Security | |
| Respondent(s). | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Gertrudez Rodrigo B.C.'s habeas petition (Docket No. 1) is **DISMISSED without prejudice**.

2. No certificate of appealability is issued in this matter.

Date: 11/6/2025                                     KATE M. FOGARTY, CLERK